IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00293-AP

EDWARD DEHERRERA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
William E. Benjamin, Esq.
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
(303) 442-9005
(303) 442-2345 (fax)

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**  February 12, 2007

   B.   **Date Complaint Was Served on U.S. Attorney's Office:**  February 26, 2007

   C.   **Date Answer and Administrative Record Were Filed**:  April 19, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:** June 12, 2007

    **B.     Defendant's  Response Brief Due:** July 12, 2007

    **C.     Plaintiff's  Reply Brief (If Any) Due:** July 27, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.     Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.     Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.     (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 14th day of May, 2007

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s William E. Benjamin | TROY A. EID |
| William E. Benjamin, Esq. | UNITED STATES ATTORNEY |
| 5350 Manhattan Circle, Suite 105 | |
| Boulder, CO 80303 | s/Kurt J. Bohn |
| Telephone: (303) 442-9005 | KURT J. BOHN |
| WbenjaminLaw@ecentral.com | Assistant U.S. Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| Attorney for Plaintiff | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/Teresa H. Abbott |
| | By: Teresa H. Abbott |
| | Special Assistant U.S. Attorney |
| | teresa.abbott@ssa.gov |
| | |
| | *Mailing Address:* |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorneys for Defendant |